

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
                                            ECF
-----------------------------------------------------------------X
TRUSTEES OF THE TEAMSTERS LOCAL 456            Index:
ANNUITY, EDUCATION & TRAINING, S.U.B.,
INDUSTRY ADVANCEMENT AND LEGAL SERVICES
FUNDS AND THE WESTCHESTER TEAMSTERS
LOCAL UNION NO. 456,                           RULE 7.1

                        Plaintiffs,
            -against-
DAJ TRUCKING CORP.,                            JUDGE KARAS

                        Defendant.
-----------------------------------------------------------------X
```

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

None.

Dated: June 18, 2008

_____
Karin Arrospide, Esq. (KA9319)
Barnes, Iaccarino, Virginia,
Ambinder & Shepherd
258 Saw Mill River Road
Elmsford, NY  10523
(914) 592-1515