## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
TRUSTEES OF THE TEAMSTERS LOCAL 456 PENSION,
HEALTH & WELFARE ANNUITY, EDUCATION & TRAINING,
S.U.B. INDUSTRY ADVANCEMENT AND LEGAL SERVICES
FUNDS AND THE WESTCHESTER TEAMSTERS LOCAL
UNION NO. 456,

             Plaintiffs,

-against-               08 Civ. 5771 (KMK)

                    **SUBSTITUTION OF**
                    **ATTORNEY**

DAJ TRUCKING CORP,

             Defendants.
------------------------------------------------------------------x

  PLEASE TAKE NOTICE, that Karin Arrospide, Esq., who was counsel of record for Plaintiff(s) in this action, is no longer associated with this firm, and that Giacchino Russo, Esq. is hereby substituted as counsel of record.

Dated: Elmsford, NY
    July 12, 2008

                 Barnes, Iaccarino, Virginia,
                 Ambinder & Shepherd, PLLC


                By: _____
                 Giacchino Russo, Esq.
                 258 Saw Mill River Road
                 Elmsford, NY 10523
                 (914) 592-1515


SO ORDERED:

_____
HONORABLE JUDGE KENNETH M. KARAS, U.S.D.J