UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Trustees of the Teamsters Local 456 Pension, Health & ) 08 CIV 5771 (KMK)
Welfare, Annuity, Education & Training, S.U.B., )
Industry Advancement and Legal Services Funds and the )
Westchester Teamsters Local Union No. 456, )
) **ORDER TO SHOW**
) **CAUSE FOR**
) **DEFAULT JUDGMENT**
                Plaintiffs, )
)
   -against- )
)
) USDS SDNY
) DOCUMENT
DAJ TRUCKING CORP., ) ELECTRONICALLY FILED
) DOC #: _____
) DATE FILED: _____
                Defendant. )

---

KARAS, D.J.:

    Upon the annexed supporting affidavit of Giacchino Russo, Esq. and upon consideration of Plaintiffs' request for Entry of Final Judgment by Default and the exhibits annexed thereto, it is hereby

    ORDERED, that the defendant show cause at a conference to be held on the 6 day of October, 2008 at 3:00 o'clock pm before the Honorable Kenneth M. Karas in White Plains Courtroom 521 of that day or as soon thereafter as counsel can be heard why a Judgment by Default should not be entered in favor of Plaintiffs for the relief requested in the Complaint, and it is further

    ORDERED, that objections to the relief requested herein or answering papers, if any, shall be served upon Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC, Attn: Giacchino Russo, Esq., 258 Saw Mill River Road, Elmsford, NY 10523 by the 3rd day of September, 2008; and it is further

ORDERED, that service of a copy of this Order and supporting papers be made upon Defendant, DAJ Trucking Corp., 11 Norwood Road, Patterson, NY 12563 by First Class Mail on or before the 21st day of August, 2008, and such service shall be deemed good and sufficient service.

Dated: White Plains, New York
August 13, 2008

SO ORDERED

_____
KENNETH M. KARAS, U.S.D.J.