UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, S.U.B., Industry Advancement and Legal Services Funds and the Westchester Teamsters Local Union No. 456, <br><br> Plaintiffs, <br><br> -against- <br><br> DAJ TRUCKING CORP., <br><br> Defendant. | ) 08 CIV 5771 (KMK) <br> ) <br> ) <br> ) **AMENDED** <br> ) **ORDER TO SHOW** <br> ) **CAUSE FOR** <br> ) **DEFAULT JUDGMENT** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

---

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

KARAS, D.J.:

Upon the annexed supporting affidavit of Giacchino Russo, Esq., and upon consideration of Plaintiffs' request for Entry of Final Judgment by Default and the exhibits annexed thereto, it is hereby

ORDERED, that the defendant show cause at a conference to be held on the _2_ day of _October_, 2008 at _3:00_ o'clock a.m. before the Honorable Kenneth M. Karas in White Plains Courtroom 521 of that day or as soon thereafter as counsel can be heard why a Judgment by Default should not be entered in favor of Plaintiffs for the relief requested in the Complaint, and it is further

ORDERED, that objections to the relief requested herein or answering papers, if any, shall be served upon Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC, Attn: Giacchino Russo, Esq., 258 Saw Mill River Road, Elmsford, NY 10523 by the _15th_ day of _September_, 2008; and it is further

ORDERED, that service of a copy of this Order and supporting papers be made upon Defendant, DAJ Trucking Corp., 11 Norwood Road, Patterson, NY 12563 by First Class Mail on or before the 5th day of September, 2008, and such service shall be deemed good and sufficient service.

Dated: White Plains, New York
August 20, 2008

SO ORDERED

_____
KENNETH M. KARAS, U.S.D.J.